UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALETHIA MAY COX,

                        Plaintiff,                          **ORDER**
      -against-                                    CV 12-0067 (JFB)(ARL)

MAXI-AIDS, INC, et al.,

                        Defendants.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court is the defendants' May 10, 2012 letter application seeking a thirty-day extension of time in which to respond and object, if necessary, to plaintiff's document requests and two sets of interrogatories, which were served on April 5, 2012. By letter dated May 10, 2012, plaintiff does not oppose a short extension of time to produce responsive documents, but requests that the Court deem any objections to plaintiff's requests as waived. The court has neither read nor considered defendants' reply letter dated May 11, 2012. *See* Local Rule 37.3. Defendants' motion is granted. Defendants are directed to respond to plaintiff's discovery demands on or before June 7, 2012. Plaintiff's application to deem any objections to the discovery demands as waived is denied.

Dated: Central Islip, New York                      **SO ORDERED:**
       May 15, 2012

                                                       _____/s/_____
                                                       ARLENE R. LINDSAY
                                                       United States Magistrate Judge